UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING ORDER ENTERED ON DOCKET ON DECEMBER 20, 2007**

CASE NO.: R05-41000MGD          MARY GRACE DIEHL JUDGE

DEBTOR(S): SHAUN MICHAEL LACKEY

TRUSTEE TO REPORT BACK

WHETHER DEBTOR(S) PAYMENTS CURRENT

THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

RECOMMENDS DISMISSAL BECAUSE: THE DEBTOR(S) HAS FAILED
TO COMPLY WITH THE PAYMENT TERMS OF THE ABOVE-STATED ORDER;
THE TRUSTEE HAS NOT RECEIVED ANY PLAN PAYMENTS IN THIS CASE
SINCE FEBRUARY 12, 2009.

PLEASE ENTER ORDER OF DISMISSAL.

DATED:  August 19, 2009

_____/s_____
OFFICE OF THE CHAPTER 13 TRUSTEE
K. EDWARD SAFIR, ESQUIRE
STATE BAR NO. 622149

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, GA  30303
(404) 525-1110
eds@atlch13tt.com

R05-41000MGD

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

SHAUN MICHAEL LACKEY
148 DIXIE STREET
RESACA, GA  30735

ATTORNEY FOR DEBTOR(S):

PERROTTA, CAHN & PRIETO, PC.
5 S. PUBLIC SQUARE
CARTERSVILLE, GA 30120

in the above in the foregoing matter with a copy of this
pleading by depositing same in the United States Mail in a
properly addressed envelope with adequate postage thereon.

This 19th day of August 2009

_____ /s _____

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, GA  30303
(404) 525-1110
eds@atlch13tt.com